UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **FIRST UNITED PENTECOSTAL CHURCH** | **CASE NO. 2:21-CV-04014** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHURCH MUTUAL INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

In conjunction with the Trial Opinion of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of First United Pentecostal Church and against Church Mutual Insurance Company S I , for the total amount of Two-Million, Seventy-Three Thousand, Eight Hundred Thirty-Eight Dollars and Ninety-Six cents ($2,073,838.96), with pre-judgment interest from the date of judicial demand to the date of entry of Judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from date of entry of judgment until paid.

**IT IS FURTHER ORDERED** that Church Mutual is taxed with the cost of this proceeding as may be permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure. First United Pentecostal Church shall submit within 14 days of this Judgment a detailed summary of its costs with supporting documentation; Church Mutual shall file any traversal it has, within 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on this 8th day of September, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**